UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 6:22-cr-7-WWB-EJK

ROBERT JEFFERY JOHNSON JR.

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case to counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    */s/ Ranganath Manthripragada*
Ranganath Manthripragada
Assistant United States Attorney
USA No. 199
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile:  (407) 648-7643
Email: Ranganath.Manthripragada@usdoj.gov

U.S. v. Robert Johnson Jr.                    Case No.   6:22-cr-7-WWB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

I hereby certify that on January 25, 2022, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

N/A

                                             */s/ Ranganath Manthripragada*
Ranganath Manthripragada
Assistant United States Attorney
USA No. 199
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: Ranganath.Manthripragada@usdoj.gov