# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                     Case No. 6:22-cr-7-WWB-EJK

**ROBERT JEFFERY JOHNSON, JR.,**

    Defendant.

_____/

## NOTICE OF APPEARANCE

    The Office of the Federal Defender has been appointed by the court to represent the Defendant, Robert Jeffery Johnson, Jr., in the above-styled cause.

    The Clerk is requested to enter the appearance of Joshua R. Lukman, Assistant Federal Defender, as lead counsel for the Defendant.

    DATED this 28th day of February 2022.

                                                Respectfully Submitted

                                                A. Fitzgerald Hall, Esq.
                                                Federal Defender

                                                */s/ Joshua R. Lukman*
                                                Joshua R. Lukman, Esq.
                                                Assistant Federal Defender
                                                Florida Bar No. 0088213
                                                201 S. Orange Avenue, Suite 300
                                                Orlando, Florida 32801
                                                Telephone: 407-648-6338
                                                Facsimile: 407-648-6095
                                                E-Mail: joshua_lukman@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney, counsel for the government, this 28th day of February 2022.

*/s/Joshua R. Lukman*
Assistant Federal Defender
