**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                 **CASE NO: 6:22-cr-7-WWB-EJK**

**ROBERT JEFFERY JOHNSON, JR.**
_____/

**O R D E R**

This cause is before the Court on Defendant's Oral Motion to Continue Trial, entered in open court on March 8, 2022 (Doc. 26). Defense counsel has moved for a continuance of trial until the August 2022 trial term for discovery purposes. The Government has advised the Court that there is no objection to the motion.

Accordingly, Defendant's Oral Motion to Continue Trial (Doc. 26) is **GRANTED**. This case is continued until the **August 2022 TRIAL TERM**, with the trial commencing August 15, 2022. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the August 2022 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The status conference is rescheduled for **July 12, 2022 at 9:30 AM** before the undersigned.

**DONE AND ORDERED** in Orlando, Florida on March 8, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services

2